UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Evolved Wireless, LLC** § § § **PLAINTIFF,** § § **v.** § § **Samsung Electronics Co., Ltd. and** § **Samsung Electronics America, Inc.** § § **DEFENDANTS.** § | Civil Action No. 2:21-cv-00033-JRG  **JURY TRIAL DEMANDED** |

## SAMSUNG'S UNOPPOSED MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659 SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

Defendants Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc., ("Samsung") hereby submit this unopposed motion to stay this case pursuant to 28 U.S.C. § 1659 until the issuance of a final determination in a related matter now pending before the U.S. International Trade Commission ("ITC").

Samsung requests a stay of all proceedings in this case to avoid piecemeal litigation and the specter of defending against Plaintiff Evolved Wireless LLC ("Evolved")'s claims of infringement of the same three patents in two forums at the same time. Evolved filed actions in both the ITC and this Court on the same day. Because the ITC has since instituted an investigation naming Samsung as a respondent and because Samsung is timely making this request, 28 U.S.C. § 1659(a) requires the Court to stay proceedings in this case. A stay of the proceedings will minimize the time and effort required for the Court and the litigants to resolve the dispute. Moreover, Evolved does not oppose a stay of this case pending final resolution of the ITC's investigation.

## II. STATEMENT OF FACTS

Evolved filed this action on February 1, 2021, alleging infringement of U.S. Patent Nos. RE46,679, RE48,326, and 10,517,120. (Dkt. 1.) That same day, Evolved filed a Complaint under Section 337 of the Tariff Act of 1930, as amended, in the ITC, requesting that the ITC institute an investigation under Section 337 against Samsung. Declaration of Victoria Maroulis Ex. A. In its ITC Complaint, Evolved asserts infringement of the same patents at issue in this action. *Id.* On March 2, 2021, the ITC instituted an investigation entitled *In the Matter of Certain LTE-Compliant Cellular Communication Devices*, U.S. International Trade Commission, Investigation No. 337-TA-1253 ("ITC 1253 Investigation") by issuing of a Notice of Institution. *Id.* Ex. B.

## III. LEGAL AUTHORITY

Under Section 1659 of Title 28, upon "the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission." 28 U.S.C. § 1659(a). This stay is mandatory and must be granted if made within thirty days from the later of (1) the party being named a respondent in a proceeding before the ITC, or (2) the filing of the district court action. 28 U.S.C. § 1659(a)(1)–(2); *see also* In re *Remy Cointreau USA, Inc.*, 541 F. App'x 985, 987 (Fed. Cir. 2013) (upholding district court's stay of all proceedings under 28 U.S.C. § 1659(a) until the ITC proceedings became final).

## IV. A STAY OF ALL PROCEEDINGS IN THIS COURT IS MANDATORY AND UNOPPOSED

The ITC 1253 Investigation involves Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc. as respondents, the same entities named as Defendants in this civil

action.  Maroulis Decl. Ex. B.  Evolved alleges infringement of U.S. Patent Nos. RE46,679, RE48,326, and 10,517,120 in both the ITC 1253 Investigation and this case.  *See id.*; Dkt. 1 ¶ 35.  Accordingly, the issues in the ITC 1253 Investigation and this action are the same.  On March 2, 2021, the Notice of Institution was issued by the ITC, thus commencing the ITC proceeding.  Maroulis Decl. Ex. B.  This motion has been filed within thirty days of Samsung being named as a respondent in the ITC 1253 Investigation.  *Id.*; 19 C.F.R. § 210.10(b).

Counsel for Samsung communicated with Counsel for Evolved on March 5, 2021 regarding Samsung's intention to file this motion.  Maroulis Decl. ¶ 4.  Counsel for Evolved advised that it does not oppose this motion.  *Id.*

**V.    CONCLUSION**

For the foregoing reasons, Samsung respectfully requests that the Court stay this action under 28 U.S.C. § 1659(a).  A proposed order is submitted herewith.

DATED: March 5, 2021                    Respectfully submitted,

By /s/ *Victoria F. Maroulis*
Kevin P.B. Johnson
California Bar No. 177129 (admitted in ED TX)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis
California Bar No. 202603 (admitted in ED TX)
victoriamaroulis@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: 650.801.5000
Fax: 650.801.5100

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 5th day of March, 2021.

> */s/ Melissa R. Smith*
> *Melissa R. Smith*

## CERTIFICATE OF CONFERENCE

I hereby certify that Defendants have met and conferred with Plaintiffs regarding this Motion via electronic mail on March 5, 2021. Plaintiffs have indicated that they do not oppose this Motion.

> */s/ Melissa R. Smith*
> Melissa R. Smith