IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>        Defendants. | Civil Action No. 2-21-cv-00033-JRG |

**DECLARATION OF JOSEPH E. REED IN SUPPORT OF SAMSUNG'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF LICENSE AND EXHAUSTION**

I, Joseph E. Reed, declare as follows:

1.    I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Samsung") in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2.    I make this declaration in support of Samsung's Motion for Partial Summary Judgment of License and Exhaustion.

3.    Exhibit A is a true and correct copy of the Infrastructure and Subscriber Unit License and Technical Assistance Agreement entered into by Qualcomm Inc. and LG Electronics Inc. (f/k/a Goldstar Information & Communications, Ltd.), effective August 31, 1993, Bates No. QCEVOLVEDVSS00033_0003629 (highlighted for the Court's convenience).

4.    Exhibit B is a true and correct copy of the March 17, 1998, amendment to the 1993 Agreement in Exhibit A, Bates No. QCEVOLVEDVSS00033_0003748.

5. Exhibit C is a true and correct copy of the October 16, 1998, amendment to the 1993 Agreement in Exhibit A, Bates No. QCEVOLVEDVSS00033_0003663.

6. Exhibit D is a true and correct copy of the July 11, 2004, amendment to the 1993 Agreement in Exhibit A, Bates No. QCEVOLVEDVSS00033_0003665 (highlighted for the Court's convenience).

7. Exhibit E is a true and correct copy of the January 1, 2007, amendment to the 1993 Agreement in Exhibit A, Bates No. QCEVOLVEDVSS00033_0003722 (highlighted for the Court's convenience).

8. Exhibit F is a true and correct copy of the September 16, 2010 amendment to the 1993 Agreement in Exhibit A, Bates No. QCEVOLVEDVSS00033_0003680 (highlighted for the Court's convenience).

9. Exhibit G is a true and correct copy of the patent purchase agreement entered into by TQ Lambda, LLC and LG Electronics Inc., effective January 24, 2014, Bates No. EW_ITC-0628686 (highlighted for the Court's convenience).

10. Exhibit H is a true and correct copy of the Contribution Agreement entered into between TQ Lambda, LLC and Evolved Wireless LLC, dated September 1, 2014, Bates No. EW_ITC-0607677.

11. Exhibit I is a true and correct copy of U.S. Reissued Patent No. RE46,679 E, Bates No. EVOLVED-EDTX-00000001.

12. Exhibit J is a true and correct copy of U.S. Patent No. 7,809,373 B2, Bates No. EVOLVED-EDTX-00010711.

13. Exhibit K is a true and correct copy of the Agreement entered into between LG Electronics, Inc. and Evolved Wireless, LLC, effective November 16, 2020, Bates No. EW_ITC-

0696631 (highlighted for the Court's convenience).

14. Exhibit L is a true and correct copy of Evolved's Responses to Samsung's Second Set of Interrogatories (Nos. 30-31), dated April 3, 2023 (highlighted for the Court's convenience).

15. Exhibit M is a true and correct copy of an excerpt of Evolved's Responses to Samsung's Third Set of Interrogatories (Nos. 32-40), dated May 1, 2023 (highlighted for the Court's convenience).

I declare under penalty of perjury that the above is true and correct.

Dated: July 10, 2023                              Respectfully submitted,

                                                  */s/ Joseph E. Reed*

                                                  Joseph E. Reed