# EXHIBIT H

## CONTRIBUTION AGREEMENT

THIS CONTRIBUTION AGREEMENT, dated September 1, 2014, is by and between TQ LAMBDA LLC, a Delaware limited liability company, with a business address of 805 Las Cimas Parkway, Suite 240, Austin TX 78746 (*"TQ LAMBDA"*) and Evolved Wireless LLC, a Delaware limited liability company, with a business address of 805 Las Cimas Parkway, Suite 240, Austin TX 78746 (*"EWL"*).

WHEREAS, TQ LAMBDA is the owner of certain patents relating to Long-Term Evolution ("LTE"), a standard for wireless communication of high-speed data for mobile phones and data terminals, as further described in the Patent Rights Assignment (the "Assignment") attached hereto as Exhibit A (collectively, the "LAMBDA Patents"); and

WHEREAS, TQ LAMBDA desires to contribute the LAMBDA Patents to EWL in exchange for membership interests of EWL, and EWL desires to effectuate the same.

NOW, THEREFORE, in consideration of the premises, mutual covenants, agreements, representations and warranties contained in this Agreement, and for other good and valuable consideration, the receipt and legal sufficiency of which are hereby acknowledged, the parties hereto, intending to be legally bound, hereby agree as follows:

1. Subject to the terms and conditions of this Agreement, TQ LAMBDA hereby agrees to assign the LAMBDA Patents to EWL in exchange for a proportionate ownership interest in EWL plus a cash distribution to TQ LAMBDA. The LAMBDA Patents have a fair value of $15,540,581.20. The value of such LAMBDA Patents contributed hereunder has been determined in a manner intended to reflect their current fair value in accordance with U.S. generally accepted accounting principles and recorded in the books and records of EWL; provided, however, that each of TQ LAMBDA and EWL acknowledges and agrees that nothing in this Agreement reflects a royalty rate for any of the LAMBDA Patents and is in no way related to the amount that an infringer would pay to acquire a license to one or more of the LAMBDA Patents or that would otherwise be recoverable in any action to enforce one or more of the LAMBDA Patents.

2. The Assignment is hereby incorporated by reference into this Contribution Agreement and made a part of the same. Contemporaneously herewith, TQ LAMBDA shall execute and deliver the Assignment to EWL. In connection with the Assignment, EWL agrees to succeed to and assume all of the existing liabilities and obligations of TQ LAMBDA in respect of the LAMBDA Patents, including, without limitation, the obligations set forth in that certain Patent Purchase Agreement dated January 24, 2014 by and between TQ LAMBDA and LG Electronics Inc., in each case to the extent that such obligations are transferrable.

3. EWL represents and warrants to TQ LAMBDA on the date of this Agreement that EWL is a newly formed Delaware limited liability company without existing liabilities.

4. Each of the parties hereto covenant and agree to take such actions as either party may reasonably request in order to fully vest ownership of the TQ LAMBDA Patents in EWL and membership interests in TQ LAMBDA.

15046854.6

- 2 -

5. For income tax purposes, TQ LAMBDA and EWL agree to treat the transactions described in paragraph 1 above as (i) in part a reimbursement of cash from EWL to TQ LAMBDA in exchange for TQ LAMBDA transferring to EWL an undivided interest in each of the LAMBDA Patents, which reimbursement shall be treated as a reimbursement of preformation capital expenditures that is not taken into account as disguised sale proceeds pursuant to Treasury Regulations Section 1.707-4(d) and shall instead be taken into account as a tax-free distribution under Section 731(a)(1) of the Internal Revenue Code of 1986, as amended (the "Code"), and (ii) in part a tax-free contribution of the remaining undivided interests in each of the LAMBDA Patents to EWL in exchange a proportionate amount of membership interests in EWL pursuant to Section 721(a) of the Code.

6. The parties agree that this Agreement shall be governed by and construed in accordance with the laws of the State of Delaware.

7. This Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument and signatures may be delivered by facsimile or electronic transmission.

[*Signature page follows*]

CONFIDENTIAL - ATTORNEYS' EYES ONLY    EVOLVED-0587957

EW_ITC-0607678

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

IN WITNESS WHEREOF, intending to be legally bound, the parties hereto have executed or caused this Agreement to be duly executed, as applicable, on the date first written above.

**TQ LAMBDA:**

By: TQCAP GP, LLC, its Manager
By: Techquity Capital Management, LLC, its member

By: */s/ Mark Roche/*
Name: Mark Roche
Title: Managing Director

**EVOLVED WIRELESS LLC:**

By: TQCAP GP, LLC, its Manager
By: Techquity Capital Management, LLC, its member

By: */s/ Abha Divine/*
Name: Abha Divine
Title: Managing Director

[Signature Page – Contribution Agreement]

15040854.6

CONFIDENTIAL - ATTORNEYS' EYES ONLY          EVOLVED-0587958

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

**EXHIBIT A**

15046854.6

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    EVOLVED-0587959

EW_ITC-0607680

| Group | Application No | Filing Date | Patent Number | Nation | Remarks |
|---|---|---|---|---|---|
| 1 | | | | U.S.A. | Continuation of 14/051074 |
| | 14/051074 | 2013/10/10 | | U.S.A. | |
| | 12/777975 | 2010/05/11 | 8036256 | U.S.A. | |
| | 11/563909 | 2006/11/28 | 7746916 | U.S.A. | Submitted for Evaluation |
| | MX/A/2008/005905 | 2006/11/28 | 279572 | MEXICO | |
| | 2008126206 | 2008/06/27 | 2391789 | RUSSIA | |
| | 1896KOLNP2008 | 2008/05/12 | | INDIA | |
| | 068237684 | 2008/06/03 | | E.P.O | |
| | 200680044410.X | 2006/11/28 | ZL200680044410.X | CHINA | |
| | 2008-542252 | 2006/11/28 | 4819130 | JAPAN | |
| | 95144311 | 2006/11/28 | I378690 | TAIWAN | |
| | PCT/KR06/05060 | 2006/11/28 | | P.C.T | |
| | 10-2005-0114306 | 2005/11/28 | 10-1221890 | KOREA | |
| | 10-2006-0062467 | 2006/07/04 | 10-0930894 | KOREA | |
| | 10-2006-0064091 | 2006/07/07 | 10-1253164 | KOREA | |
| 2 | 12/836391 | 2010/07/14 | 8422427 | U.S.A. | |
| | 07808151 | 2009/03/31 | 2067275 | E.P.O | |
| | 07808151 | 2009/03/31 | 2067275 | GERMANY | |
| | 07808151 | 2009/03/31 | 2067275 | U.K. | |
| | 07808151 | 2009/03/31 | 2067275 | SWEDEN | |
| | 07808151 | 2009/03/31 | 2067275 | SPAIN | |
| | 07808151 | 2009/03/31 | 2067275 | FINLAND | |
| | 07808151 | 2009/03/31 | 2067275 | NETHERLAND | |
| | 07808151 | 2009/03/31 | 2067275 | ITALY | |
| | 07808151 | 2009/03/31 | 2067275 | FRANCE | |
| | 12/440869 | 2009/03/11 | 7768965 | U.S.A. | Submitted for Evaluation |
| | PCT/KR07/04359 | 2007/09/10 | | P.C.T | |
| | 10-2006-0094103 | 2006/09/27 | 10-1328921 | KOREA | |
| | 10-2006-0087290 | 2006/09/11 | 10-0937422 | KOREA | |
| 3 | 13/487081 | 2012/06/01 | 8412201 | U.S.A. | |
| | 12/870747 | 2010/08/27 | 8219097 | U.S.A. | |
| | 1324KOLNP2008 | 2006/09/15 | | INDIA | |
| | 06847353 | 2006/09/15 | | E.P.O | |
| | 200802861 | 2006/09/15 | 200802861 | SOUTH AFRICA | |
| | 2006323560 | 2006/09/15 | 2006323560 | AUSTRALIA | |
| | PI0617832 | 2006/09/15 | | BRAZIL | |
| | MX/A/2008/004924 | 2006/09/15 | 278729 | MEXICO | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY          EVOLVED-0587960

EW_ITC-0607681

| | | | | | |
|---|---|---|---|---|---|
| | 2008-533234 | 2006/09/15 | 4677490 | JAPAN | |
| | 200680040518.1 | 2006/09/15 | ZL200680040518.1 | CHINA | |
| | 2008113180 | 2008/06/02 | 2411660 | RUSSIA | |
| | 95138124 | 2006/10/16 | 1354505 | TAIWAN | |
| | PCT/KR06/03697 | 2006/09/15 | | P.C.T | |
| | 11/553939 | 2006/10/27 | 7809373 | U.S.A. | Submitted for Evaluation |
| | 10-2006-0063135 | 2006/07/05 | 10-0981811 | KOREA | |
| 4 | 14/020537 | 2013/09/06 | | U.S.A. | |
| | | | | U.S.A. | Continuation of 14/020537 |
| | 13/489408 | 2012/06/05 | | U.S.A. | NOA Received (2013/08/14) |
| | 2009-514211 | 2007/06/08 | 5174015 | JAPAN | |
| | 2007800214808 | 2008/12/09 | | CHINA | |
| | 077468551 | 2009/01/06 | | E.P.O | NOA Received (2013/12/18) |
| | 12/303947 | 2010/07/07 | 8218481 | U.S.A. | |
| | 96120838 | 2007/06/08 | | TAIWAN | |
| | PCT/KR07/02784 | 2007/06/08 | | P.C.T | |
| | 10-2006-0052167 | 2006/06/09 | 10-1227505 | KOREA | |
| | 10-2006-0057488 | 2006/06/26 | 10-1233172 | KOREA | |
| 5 | 13/801529 | 2013/03/13 | | U.S.A. | |
| | 12/972366 | 2010/12/17 | 8422410 | U.S.A. | |
| | 2009-80120004 | 2010/11/30 | | CHINA | |
| | 2720833 | 2010/10/07 | | CANADA | NOA Received (2013/08/08) |
| | PCT/KR09/04002 | 2009/07/20 | | P.C.T. | |
| | 12/538514 | 2009/08/10 | 7881236 | U.S.A. | Submitted for evaluation |
| | 09166620 | 2009/07/28 | | E.P.O. | |
| | 0912850.5 | 2009/07/23 | 2462517 | U.K. | |
| | 10-2009-0057128 | 2009/06/25 | 10-0939722 | KOREA | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY             EVOLVED-0587961