FILED UNDER SEAL

# EXHIBIT M