# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| EVOLVED WIRELESS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Action No. 2-21-cv-00033-JRG |

## ORDER GRANTING SAMSUNG'S MOTION FOR SUMMARY JUDGMENT OF LICENSE AND EXHAUSTION

Before the Court is Defendants' Motion for Summary Judgment of License and Exhaustion. After considering the briefing, the Court hereby **GRANTS** the Motion.

1