IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **Evolved Wireless, LLC,** | § § § | |
| *Plaintiff*, | § § | Civil Action No. 2:21-CV-00033 |
| v. | § § | |
| **Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.,** | § § § § | Jury Trial Demanded |
| *Defendants*. | § § § | |

### PLAINTIFF'S NOTICE OF FINAL ELECTION OF ASSERTED CLAIMS

Pursuant to the Amended Docket Control Order in this case (Dkt. No. 176), Plaintiff Evolved Wireless LLC ("Evolved") hereby provides notice of its final election of Asserted Claims. Evolved plans to assert the following claims at the trial in this case:

**U.S. Patent No. RE46,679 – Claims 1, 3, 6, and 8**

Dated: September 19, 2023                     Respectfully submitted,

 

_____
**ANDREW J. WRIGHT**
State Bar No. 24063927
**ANTHONY K. BRUSTER**
State Bar No. 24036280
**SHAWN A. LATCHFORD**
State Bar No. 24066603
**EDWARD K. CHIN**

State Bar No. 50511688
**BRUSTER PLLC**
680 North Carroll Avenue, Suite 110
Southlake, Texas 76092
817.601.9564 (telephone)
817.296.2929 (facsimile)
akbruster@brusterpllc.com
shawn@brusterpllc.com
andrew@brusterpllc.com
ed@brusterpllc.com

**BARRY J. BUMGARDNER**
State Bar No. 00793424
**BARRY BUMGARDNER LAW, PLLC**
1000 Wade Avenue
Nashville, Tennessee 37203
512.228.8562 (telephone)
barry@texbums.com


**COUNSEL FOR PLAINTIFF
EVOLVED WIRELESS LLC**