# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **Evolved Wireless, LLC,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 2:21-CV-00033 |
| **Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.,** | § § § § | Jury Trial Demanded |
| *Defendants.* | § § § | |

## JOINT NOTICE REGARDING MEDIATION

Plaintiff Evolved Wireless, LLC, ("Evolved") and Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively, "Samsung") respectfully submit this Joint Notice Regarding Mediation, in accordance with the Court's August 8, 2023 Order.

The parties conducted their second mediation with Judge Folsom on September 20, 2023 in Texarkana. The mediation was conducted in person with lead counsel, local counsel, and party representatives with full authority to compromise all pending disputes present, in accordance with the Court's August 8, 2023 Order. The mediation was unsuccessful, and the parties will be ready for trial and will be present for jury selection next week on Friday, September 29, 2023 in accordance with the Court's prior Order. The parties have resolved all current disputes regarding trial exhibits, pending the Court taking up individual requests to allow unredacted versions of the exhibits to be shown to the jury, and they continue to meet and confer regarding jury instructions and deposition page and line designations to resolve their disputes to those items.

Dated: September 22, 2023                                Respectfully submitted,


*/s/ Anthony K. Bruster*
**ANDREW J. WRIGHT**
State Bar No. 24063927
**ANTHONY K. BRUSTER**
State Bar No. 24036280
**SHAWN A. LATCHFORD**
State Bar No. 24066603
**BRUSTER PLLC**
680 North Carroll Avenue, Suite 110
Southlake, Texas 76092
817.601.9564 (telephone)
817.296.2929 (facsimile)
andrew@brusterpllc.com
akbruster@brusterpllc.com
shawn@brusterpllc.com

**BARRY J. BUMGARDNER**
State Bar No. 00793424
**BARRY BUMGARDNER LAW, PLLC**
1000 Wade Avenue
Nashville, Tennessee 37203
512.228.8562 (telephone)
barry@texbums.com


**COUNSEL FOR PLAINTIFF
EVOLVED WIRELESS, LLC**

/s/
Kevin P.B. Johnson
California Bar No. 177129 (admitted in ED TX)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis
California Bar No. 202603 (admitted in ED TX)
victoriamaroulis@quinnemanuel.com
Todd Briggs
California Bar No. 209282 (pro hac vice)
toddbriggs@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: 650.801.5000
Fax: 650.801.5100

Kevin Hardy
D.C. Bar No. 473941 (admitted in ED TX)
kevinhardy@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street, N.W., Suite 900
Washington, DC 20005
Tel: 202.538.8000
Fax: 202.538.8100

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

**ATTORNEYS FOR DEFENDANTS**