# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Civil Action No. 2-21-cv-00033-JRG<br><br>**Jury Trial Demanded** |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION

Before the Court is Defendants' Motion for Reconsideration. After considering the briefing, the Court hereby **GRANTS** the Motion.