# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC | § § | |
| v. | § § | Case No. 2:21-CV-0033-JRG |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | § § § | |

## Motion Hearing
### MAG. JUDGE ROY PAYNE PRESIDING
### October 23, 2023

**OPEN:** 3:07 pm                                                              **ADJOURN:** 4:17 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Andrew Wright<br>Shawn Latchford |
| ATTORNEY FOR DEFENDANTS: | Victoria Maroulis<br>Joseph Reed<br>Travis Underwood |
| LAW CLERK: | Jeffrey Jacobsen |
| COURT REPORTER: | Shawn McRoberts |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Shawn Latchford introduced co-counsel and announced ready. Travis Underwood introduced co-counsel and announced ready.

Victoria Maroulis argued Defendants' Motion to Reconsideration (Dkt. No. 223). Andrew Wright responded. The Court will take the motion under consideration.