IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:21-CV-00033-JRG |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| and SAMSUNG ELECTRONICS | § | |
| AMERICA, INC. | § | |

MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
November 9, 2023

**OPEN: 09:14 AM**                                                                 **ADJOURN: 03:41 PM**

ATTORNEYS FOR PLAINTIFF:        See attached

ATTORNEYS FOR DEFENDANTS:    See attached

LAW CLERKS:                                   Jeffrey Jacobsen
                                                          Christian Tatum
                                                          Dylan Freeman

COURT REPORTER:                        Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                 Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 09:14 AM | Court opened. |
| 09:14 AM | Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:28 AM | Court called for announcements from the parties. |
| 09:29 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:38 AM | Prospective Jurors began introduction of themselves. |
| 10:02 AM | Court provided additional instructions to Jury Pool. |
| 10:05 AM | *Voir dire* on behalf of Plaintiff by Mr. Bruster. |
| 10:36 AM | *Voir dire* on behalf of Defendants by Ms. Smith. |
| 11:07 AM | Bench conference with counsel. |
| 11:10 AM | Bench conference concluded. |
| 11:10 AM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 11:13 AM | Remainder of Jury Pool recessed. |
| 11:15 AM | Counsel approached bench. |
| 11:15 AM | Strike conference began with specifically named juror(s). |

| TIME | MINUTE ENTRY |
|---|---|
| 12:04 PM | Strike conference concluded.  Attorneys excused to exercise strikes. |
| 12:04 PM | Recess. |
| 12:23 PM | Court reconvened. |
| 12:23 PM | Instructions given by the Court.  Jurors selected. |
| 12:28 PM | Jurors sworn. |
| 12:29 PM | Remainder of Jury Pool excused. |
| 12:30 PM | Additional instructions given by the Court. |
| 12:45 PM | Jury recessed for lunch. |
| 12:46 PM | Recess. |
| 01:40 PM | Court reconvened. |
| 01:41 PM | Jury returned to courtroom. |
| 01:41 PM | Court gave preliminary instructions to Jury. |
| 02:23 PM | Notebooks provided to Jury. |
| 02:23 PM | Continuation of Court's preliminary instructions to Jury. |
| 02:34 PM | Plaintiff's opening statement by Mr. Latchford. |
| 02:51 PM | **Courtroom sealed.** |
| 02:51 PM | Continuation of Plaintiff's opening statement by Mr. Latchford. |
| 03:04 PM | **Courtroom unsealed.** |
| 03:05 PM | Defendants' opening statement by Mr. Pak. |
| 03:35 PM | Opening statements concluded. |
| 03:35 PM | Rule invoked to exclude expert witnesses. |
| 03:36 PM | Monday will begin with Plaintiff's case-in-chief: |
| 03:36 PM | Court provided instructions to the Jury. |
| 03:37 PM | Jury recessed for the day until 8:30 AM Monday morning. |
| 03:38 PM | Court provided instructions to counsel re: Court's standing order on MILs. |
| 03:40 PM | Court reminded the parties of their meet and confer obligations.  Court will be available by 7:30 AM Monday morning to resolve any disputes. |
| 03:41 PM | Court adjourned until Monday morning. |