

**2:21-cv-00033-JRG**
**Evolved Wireless LLC v Samsung Electronics Co Ltd et al**
**November 9, 2023 at 9:00 AM**
**Trial (with Jury Selection) -- Day 1**

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Melissa Smith | SS |
| Sean Pak | SS |
| Chris Pickering | SS |
| Kevin Hardy | SS |
| Victoria Maroulis | SS |
| Jo Hilliard | |
| Anthony Bruster | Evolved |
| Shawn Latchford | Evolved |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| SHAWN LATCHFORD | EVOLVED |
| ANTHONY BRUSTER | EVOLVED |
| ABHA DIVINE | EVOLVED |
| Bo Fraser | Evolved |