IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **EVOLVED WIRELESS, LLC** § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 2:21-CV-00033-JRG |
| **SAMSUNG ELECTRONICS CO., LTD.,** § | |
| and **SAMSUNG ELECTRONICS** § | |
| **AMERICA, INC.** § | |

MINUTES FOR JURY TRIAL DAY NO. 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
November 13, 2023

**OPEN:  08:28 AM**                                                               **ADJOURN:  05:56 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Jeffrey Jacobsen<br>Christian Tatum<br>Dylan Freeman |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:28 AM | Court opened. |
| 08:29 AM | Jury entered the courtroom. |
| 08:30 AM | Plaintiff's case-in-chief: |
| 08:31 AM | Witness sworn. |
| 08:31 AM | Direct examination of Ms. Abha Divine by Mr. Bruster. |
| 09:38 AM | **Courtroom sealed.** |
| 09:38 AM | Continuation direct examination of Ms. Abha Divine by Mr. Bruster. |
| 09:56 AM | **Courtroom unsealed.** |
| 09:57 AM | Jury recessed for break. |
| 09:58 AM | Recess. |
| 10:17 AM | Court reconvened. |
| 10:17 AM | Ms. Smith on behalf of Defendants brought an MIL issue to the Court's attention. |
| 10:20 AM | Response provided by Mr. Bruster on behalf of Plaintiff. |
| 10:23 AM | Court made rulings as set forth in the record. |
| 10:23 AM | Jury returned to courtroom. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:23 AM | Cross examination of Ms. Abha Divine by Ms. Smith. |
| 11:16 AM | **Courtroom sealed.** |
| 11:17 AM | Continuation cross examination of Ms. Abha Divine by Ms. Smith. |
| 11:36 AM | Bench conference. |
| 11:40 AM | Bench conference concluded. |
| 11:40 AM | Redirect examination of Ms. Abha Divine by Mr. Bruster. |
| 11:43 AM | **Courtroom unsealed.** |
| 11:43 AM | Continuation redirect examination of Ms. Abha Divine by Mr. Bruster. |
| 11:46 AM | Recross examination of Ms. Abha Divine by Ms. Smith. |
| 11:48 AM | Bench conference. |
| 11:50 AM | Bench conference concluded. |
| 11:51 AM | Continuation recross examination of Ms. Abha Divine by Ms. Smith. |
| 11:51 AM | Bench conference. |
| 11:52 AM | Bench conference concluded. |
| 11:52 AM | Continuation recross examination of Ms. Abha Divine by Ms. Smith. |
| 11:53 AM | Completion of testimony of Ms. Abha Divine. |
| 11:53 AM | Jury recessed for lunch break. |
| 11:54 AM | Recess. |
| 01:02 PM | Court reconvened. |
| 01:03 PM | Jury returned to courtroom. |
| 01:04 PM | Witness sworn. |
| 01:05 PM | Direct examination of Mr. Nigel Jones by Mr. Bruster. |
| 01:45 PM | **Courtroom sealed.** |
| 01:45 PM | Continuation direct examination of Mr. Nigel Jones by Mr. Bruster. |
| 01:49 PM | **Courtroom unsealed.** |
| 01:49 PM | Continuation direct examination of Mr. Nigel Jones by Mr. Bruster. |
| 02:03 PM | **Courtroom sealed.** |
| 02:04 PM | Continuation direct examination of Mr. Nigel Jones by Mr. Bruster. |
| 02:29 PM | Bench conference. |
| 02:30 PM | Bench conference concluded. |
| 02:30 PM | Continuation direct examination of Mr. Nigel Jones by Mr. Bruster. |
| 02:53 PM | **Courtroom sealed** to include Samsung representatives. |
| 02:53 PM | Continuation direct examination of Mr. Nigel Jones by Mr. Bruster. |
| 03:08 PM | **Courtroom unsealed.** |
| 03:08 PM | Jury recessed for break. |
| 03:09 PM | Recess. |
| 03:25 PM | Court reconvened. |
| 03:26 PM | Jury returned to courtroom. |
| 03:26 PM | Continuation direct examination of Mr. Nigel Jones by Mr. Bruster. |
| 03:37 PM | Cross examination of Mr. Nigel Jones by Mr. Pak. |
| 04:21 PM | Bench conference. |
| 04:21 PM | Bench conference concluded. |
| 04:21 PM | Continuation cross examination of Mr. Nigel Jones by Mr. Pak. |
| 04:53 PM | Bench conference. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:54 PM | Bench conference concluded. |
| 04:54 PM | Continuation cross examination of Mr. Nigel Jones by Mr. Pak. |
| 05:19 PM | **Courtroom sealed.** |
| 05:19 PM | Continuation cross examination of Mr. Nigel Jones by Mr. Pak. |
| 05:33 PM | Redirect examination of Mr. Nigel Jones by Mr. Bruster. |
| 05:36 PM | **Courtroom unsealed.** |
| 05:36 PM | Continuation redirect examination of Mr. Nigel Jones by Mr. Bruster. |
| 05:39 PM | Recross examination of Mr. Nigel Jones by Mr. Pak. |
| 05:41 PM | Completion of testimony of Mr. Nigel Jones. |
| 05:41 PM | Mr. Bruster introduced the video deposition of Mr. Hyeonsoo Kim. |
| 05:54 PM | Video deposition of Mr. Hyeonsoo Kim concluded. |
| 05:54 PM | Court provided instructions to the Jury. |
| 05:55 PM | Jury recessed for the day until 8:30 AM tomorrow morning. |
| 05:56 PM | Court reminded the parties of their meet and confer obligations. Court to be available by 7:30 AM tomorrow morning to resolve any overnight disputes. Also, parties to read into the record tomorrow morning those exhibits used prior day. |
| 05:56 PM | Court adjourned. |