## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **EVOLVED WIRELESS, LLC** § | |
| § | |
| v. § | **CIVIL ACTION NO. 2:21-CV-00033-JRG** |
| § | |
| **SAMSUNG ELECTRONICS CO., LTD.,** § | |
| and **SAMSUNG ELECTRONICS** § | |
| **AMERICA, INC.** § | |

### MINUTES FOR JURY TRIAL DAY NO. 3
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### November 14, 2023

**OPEN:  08:27 AM**                                                                                     **ADJOURN: 05:51 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Jeffrey Jacobsen<br>Christian Tatum<br>Dylan Freeman |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:27 AM | Court opened. |
| 08:27 AM | Exhibits used prior day read into the record. |
| 08:30 AM | Mr. Bruster proffered an unredacted exhibit on behalf of Plaintiff. |
| 08:31 AM | No opposition confirmed by Mr. Pak on behalf of Defendants. Court accepted Plaintiff's proffered exhibit and instructed counsel to deliver to Courtroom Deputy for placement under seal. |
| 08:32 AM | Jury entered the courtroom. |
| 08:33 AM | Continuation Plaintiff's case-in-chief: |
| 08:33 AM | Mr. Bruster introduced the video deposition of Mr. Hyoung-Kwon Kim. |
| 08:33 AM | **Courtroom sealed.** |
| 08:50 AM | Video deposition of Mr. Hyoung-Kwon Kim concluded. |
| 08:50 AM | Mr. Bruster introduced the video deposition of Mr. Byoungyun Lee. |
| 08:51 AM | Court provided explanation to the Jury re: Mr. Byoungyun Lee testifying by video deposition and later testifying live during the trial of this case. |
| 09:13 AM | Video deposition of Mr. Byoungyun Lee concluded. |
| 09:13 AM | **Courtroom unsealed.** |

| TIME | MINUTE ENTRY |
|---|---|
| 09:14 AM | Witness sworn. |
| 09:14 AM | Direct examination of Dr. Jonathan Putnam by Mr. Latchford. |
| 09:32 AM | **Courtroom sealed.** |
| 09:33 AM | Continuation direct examination of Dr. Jonathan Putnam by Mr. Latchford. |
| 10:07 AM | **Courtroom unsealed.** |
| 10:07 AM | Jury recessed for break. |
| 10:08 AM | Recess. |
| 10:26 AM | Court reconvened. |
| 10:26 AM | Jury returned to courtroom. |
| 10:27 AM | **Courtroom sealed.** |
| 10:28 AM | Continuation direct examination of Dr. Jonathan Putnam by Mr. Latchford. |
| 10:35 AM | **Courtroom unsealed.** |
| 10:36 AM | Continuation direct examination of Dr. Jonathan Putnam by Mr. Latchford. |
| 11:02 AM | Cross examination of Dr. Jonathan Putnam by Mr. Hardy. |
| 11:23 AM | **Courtroom sealed.** |
| 11:23 AM | Continuation cross examination of Dr. Jonathan Putnam by Mr. Hardy. |
| 11:58 AM | Bench conference. |
| 11:58 AM | Bench conference concluded. |
| 11:58 AM | **Courtroom unsealed.** |
| 11:59 AM | Jury recessed for lunch break. |
| 11:59 AM | Court directed the parties to meet and confer and generate for the Court's review an updated proposed final jury instructions and verdict form in Word format to be delivered by email to Court staff by 3:00 PM tomorrow afternoon. |
| 12:01 PM | Recess. |
| 01:08 PM | Court reconvened. |
| 01:09 PM | Jury returned to courtroom. |
| 01:09 PM | **Courtroom sealed.** |
| 01:10 PM | Continuation cross examination of Dr. Jonathan Putnam by Mr. Hardy. |
| 01:23 PM | **Courtroom unsealed.** |
| 01:23 PM | Continuation cross examination of Dr. Jonathan Putnam by Mr. Hardy. |
| 01:54 PM | Redirect examination of Dr. Jonathan Putnam by Mr. Latchford. |
| 02:10 PM | Recross examination of Dr. Jonathan Putnam by Mr. Hardy. |
| 02:12 PM | Completion of testimony of Dr. Jonathan Putnam. |
| 02:12 PM | Mr. Bruster introduced the video deposition of Mr. Byung-Gun Min. |
| 02:13 PM | **Courtroom sealed.** |
| 02:13 PM | Continuation video deposition of Mr. Byung-Gun Min. |
| 02:52 PM | **Courtroom unsealed.** |
| 02:53 PM | Continuation video deposition of Mr. Byung-Gun Min. |
| 03:26 PM | Video deposition of Mr. Byung-Gun Min concluded. |
| 03:26 PM | Jury recessed for break. |
| 03:26 PM | Recess. |
| 03:44 PM | Court reconvened. |
| 03:44 PM | Jury returned to courtroom. |
| 03:44 PM | Witness sworn. |
| 03:45 PM | Court provided explanation to Jury re: use of an adverse witness. |

| TIME | MINUTE ENTRY |
|---|---|
| 03:46 PM | Direct examination of Mr. Chris Pickering (adverse witness) by Mr. Bruster. |
| 04:04 PM | Cross examination of Mr. Chris Pickering (adverse witness) by Ms. Smith. |
| 04:38 PM | Redirect examination of Mr. Chris Pickering (adverse witness) by Mr. Bruster. |
| 04:42 PM | Recross examination of Mr. Chris Pickering (adverse witness) by Ms. Smith. |
| 04:43 PM | Completion of testimony of Mr. Chris Pickering. |
| 04:43 PM | Plaintiff rested its case-in-chief. |
| 04:44 PM | Defendants' case-in-chief: |
| 04:44 PM | Witness sworn.  Interpreter sworn. |
| 04:46 PM | Bench conference. |
| 04:47 PM | Bench conference concluded. |
| 04:47 PM | Direct examination by Mr. Lynch of Mr. Byoungyun Lee with the aid of interpreter, Ms. Ann Park. |
| 05:10 PM | Bench conference. |
| 05:10 PM | Bench conference concluded. |
| 05:11 PM | Continuation direct examination by Mr. Lynch of Mr. Byoungyun Lee with the aid of interpreter, Ms. Ann Park. |
| 05:29 PM | Bench conference |
| 05:30 PM | Bench conference concluded. |
| 05:30 PM | Cross examination by Mr. Latchford of Mr. Byoungyun Lee with the aid of interpreter, Ms. Ann Park. |
| 05:45 PM | Redirect examination by Mr. Lynch of Mr. Byoungyun Lee with the aid of interpreter, Ms. Ann Park. |
| 05:48 PM | Completion of testimony of Mr. Byoungyun Lee. |
| 05:48 PM | Court provided instructions to the Jury. |
| 05:49 PM | Jury recessed for the day until 8:30 AM tomorrow morning. |
| 05:50 PM | Court reminded the parties re: submission of jointly prepared proposed final jury instructions and verdict form by 3:00 PM tomorrow afternoon. |
| 05:50 PM | Court reminded the parties of their ongoing meet and confer obligations. |
| 05:51 PM | Court adjourned. |