# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **EVOLVED WIRELESS, LLC** § | |
| § | |
| v. § | |
| § | **CIVIL ACTION NO. 2:21-CV-00033-JRG** |
| **SAMSUNG ELECTRONICS CO., LTD.,** § | |
| **and SAMSUNG ELECTRONICS** § | |
| **AMERICA, INC.** § | |

## MINUTES FOR JURY TRIAL DAY NO. 4
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### November 15, 2023

**OPEN:** 08:26 AM                                                                 **ADJOURN:** 05:30 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Jeffrey Jacobsen<br>Christian Tatum<br>Dylan Freeman |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:26 AM | Court opened. |
| 08:26 AM | Court addressed demonstratives presented by Mr. Pak on behalf of Defendants. |
| 08:27 AM | Exhibits used prior day read into the record. |
| 08:29 AM | Jury entered the courtroom. |
| 08:29 AM | Continuation Defendants' case-in-chief: |
| 08:29 AM | Witness sworn. |
| 08:30 AM | Direct examination of Dr. Mark Mahon by Mr. Pak. |
| 09:49 AM | Bench conference. |
| 09:49 AM | Bench conference concluded. |
| 09:49 AM | Continuation direct examination of Dr. Mark Mahon by Mr. Pak. |
| 10:06 AM | Jury recessed for break. |
| 10:06 AM | Recess. |
| 10:21 AM | Court reconvened. |
| 10:22 AM | Jury returned to courtroom. |
| 10:22 AM | Continuation direct examination of Dr. Mark Mahon by Mr. Pak. |

| TIME | MINUTE ENTRY |
|---|---|
| 12:03 PM | Bench conference. |
| 12:03 PM | Bench conference concluded. |
| 12:03 PM | Continuation direct examination of Dr. Mark Mahon by Mr. Pak. |
| 12:16 PM | Jury recessed for lunch break. |
| 12:17 PM | Recess. |
| 01:07 PM | Court reconvened. |
| 01:08 PM | Jury returned to courtroom. |
| 01:09 PM | Cross examination of Dr. Mark Mahon by Mr. Bruster. |
| 02:13 PM | Redirect examination of Dr. Mark Mahon by Mr. Pak. |
| 02:34 PM | Recross examination of Dr. Mark Mahon by Mr. Bruster. |
| 02:36 PM | Additional redirect examination of Dr. Mark Mahon by Mr. Pak. |
| 02:36 PM | Completion of testimony of Dr. Mark Mahon. |
| 02:37 PM | Mr. Pak introduced the video deposition of Mr. Jason Vick. |
| 02:40 PM | Video deposition of Mr. Jason Vick concluded. |
| 02:40 PM | Mr. Pak introduced the video deposition of Mr. Matthew Delgiorno. |
| 02:41 PM | **Courtroom sealed.** |
| 03:00 PM | Video deposition of Mr. Matthew Delgiorno concluded. |
| 03:00 PM | **Courtroom unsealed.** |
| 03:00 PM | Jury recessed for break. |
| 03:01 PM | Recess. |
| 03:20 PM | Court reconvened. |
| 03:20 PM | Off the record. |
| 03:20 PM | On the record. |
| 03:21 PM | Jury returned to courtroom. |
| 03:21 PM | Witness sworn. |
| 03:22 PM | Direct examination of Dr. Matthew Lynde by Mr. Hardy. |
| 03:31 PM | **Courtroom sealed.** |
| 03:32 PM | Continuation direct examination of Dr. Matthew Lynde by Mr. Hardy. |
| 04:02 PM | **Courtroom unsealed.** |
| 04:02 PM | Cross examination of Dr. Matthew Lynde by Mr. Latchford. |
| 04:11 PM | **Courtroom sealed.** |
| 04:12 PM | Continuation cross examination of Dr. Matthew Lynde by Mr. Latchford. |
| 04:39 PM | **Courtroom unsealed.** |
| 04:40 PM | Redirect examination of Dr. Matthew Lynde by Mr. Hardy. |
| 04:42 PM | Completion of testimony of Dr. Matthew Lynde. |
| 04:42 PM | Defendants rested its case-in-chief: |
| 04:43 PM | Plaintiff's rebuttal case: |
| 04:43 PM | Witness sworn. |
| 04:44 PM | Direct examination of rebuttal witness Dr. Nick Laneman by Mr. Latchford. |
| 05:22 PM | Court provided instructions to Jury. |
| 05:23 PM | Jury recessed until 8:30 AM tomorrow morning. |
| 05:24 PM | Court outlined tomorrow's schedule re: remaining witness testimony, hearing Rule 50(a) motions, conducting informal charge conference and possibly formal charge conference.  Otherwise, formal charge conference will be conducted at 8:00 AM |

| TIME | MINUTE ENTRY |
|---|---|
|  | Friday morning.  Thereafter, Court intends to give final instructions to the Jury at 8:30 AM followed by closing arguments. |
| 05:30 PM | Court adjourned. |