IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **EVOLVED WIRELESS, LLC** | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:21-CV-00033-JRG |
| **SAMSUNG ELECTRONICS CO., LTD.,** | § | |
| and **SAMSUNG ELECTRONICS** | § | |
| **AMERICA, INC.** | § | |

**MINUTES FOR JURY TRIAL DAY NO. 5**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
November 16, 2023

**OPEN:** 08:28 AM                                                            **ADJOURN:** 11:49 AM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Jeffrey Jacobsen<br>Christian Tatum<br>Dylan Freeman |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:28 AM | Court opened. |
| 08:28 AM | Exhibits used prior day read into the record. |
| 08:29 AM | Jury entered the courtroom. |
| 08:30 AM | Continuation Plaintiff's rebuttal case: |
| 08:30 AM | Continuation direct examination of rebuttal witness Dr. Nick Laneman by Mr. Latchford. |
| 09:28 AM | Cross examination of rebuttal witness Dr. Nick Laneman by Mr. Pak. |
| 10:00 AM | Bench conference. |
| 10:00 AM | Bench conference concluded. |
| 10:01 AM | Continuation cross examination of rebuttal witness Dr. Nick Laneman by Mr. Pak. |
| 10:11 AM | Bench conference. |
| 10:11 AM | Bench conference concluded. |
| 10:12 AM | Redirect examination of rebuttal witness Dr. Nick Laneman by Mr. Latchford. |
| 10:24 AM | Completion of testimony of Dr. Nick Laneman. |
| 10:24 AM | Plaintiff rested its rebuttal case. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:24 AM | Both sides rested. |
| 10:24 AM | Court provided instructions to Jury. |
| 10:25 AM | Jury excused for the remainder of the day to return tomorrow at 8:30 AM. |
| 10:26 AM | Court will take up Rule 50(a) motions following recess. |
| 10:26 AM | Recess. |
| 10:57 AM | Court reconvened. |
| 10:57 AM | Court took up Rule 50(a) motions. |
| 10:57 AM | Court provided instruction to the parties re: hearing of Rule 50(a) motions. |
| 11:01 AM | Court began hearing argument on Rule 50(a) motions. |
| 11:44 AM | Argument concluded. |
| 11:45 AM | Court made rulings as set forth in the record. |
| 11:47 AM | Completion of hearing re: Rule 50(a) motions. |
| 11:47 AM | Court to recess and reconvene at 1:00 PM to conduct informal charge conference (off the record) in chambers. |
| 11:49 AM | Recess. |