IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **EVOLVED WIRELESS, LLC** § | |
| § | |
| v. § | **CIVIL ACTION NO. 2:21-CV-00033-JRG** |
| § | |
| **SAMSUNG ELECTRONICS CO., LTD.,** § | |
| and **SAMSUNG ELECTRONICS** § | |
| **AMERICA, INC.** § | |

MINUTES FOR JURY TRIAL DAY NO. 6
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
November 17, 2023

**OPEN: 08:01 AM**                                                                                          **ADJOURN: 02:27 PM**

ATTORNEYS FOR PLAINTIFF:            See attached

ATTORNEYS FOR DEFENDANTS:      See attached

LAW CLERKS:                                       Jeffrey Jacobsen
                                                              Christian Tatum
                                                              Dylan Freeman

COURT REPORTER:                            Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                     Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:01 AM | Court opened. |
| 08:01 AM | Yesterday, Court heard Rule 50(a) motions, ruled thereon, and held informal charge conference in chambers (off the record). |
| 08:02 AM | Court provided instructions. |
| 08:03 AM | Formal charge conference started. |
| 08:03 AM | Mr. Chin argued for the Plaintiff. Ms. Maroulis argued for the Defendants. |
| 08:13 AM | Formal charge conference completed. |
| 08:13 AM | Recess. |
| 08:35 AM | Court reconvened. |
| 08:35 AM | Exhibits used prior day read into the record. |
| 08:37 AM | Jury entered the courtroom. |
| 08:38 AM | Court proceeded to charge the Jury with final instructions. |
| 09:58 AM | Closing argument by Plaintiff's counsel, Mr. Bruster. |
| 10:24 AM | **Courtroom sealed.** |
| 10:24 AM | Continuation closing argument by Plaintiff's counsel, Mr. Bruster. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:29 AM | **Courtroom unsealed.** |
| 10:29 AM | Closing argument by Defendants' counsel, Mr. Pak. |
| 11:03 AM | **Courtroom sealed.** |
| 11:04 AM | Continuation closing argument by Defendants' counsel, Mr. Pak. |
| 11:10 AM | **Courtroom unsealed.** |
| 11:10 AM | Final closing argument by Plaintiff's counsel, Mr. Bruster. |
| 11:19 AM | Closing arguments concluded. |
| 11:19 AM | Court gave final instructions to the Jury. |
| 11:24 AM | Jury retired to jury room to deliberate. |
| 11:25 AM | Court recessed. |
| 02:16 PM | Court reconvened. |
| 02:16 PM | Court informed counsel of a Jury note received by the Court. |
| 02:17 PM | Jury entered the courtroom. |
| 02:19 PM | Court announced the verdict into the record. |
| 02:23 PM | Jurors polled representing a unanimous verdict. |
| 02:27 PM | Jurors released and excused by the Court. |
| 02:27 PM | Court adjourned. |